In the Matter of the Transfer Tax upon the Estate of
JULIAN A. HELLMAN, Deceased.

MEYER STERN et al., Appellants; THE COMPTROLLER OF
THE STATE OF NEW YORK, Respondent.

*Matter of Hellman*, 187 App. Div. 934, affirmed.

(Argued May 20, 1919; decided June 3, 1919.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial
department, entered February 21, 1919, which unani-
mously affirmed an order of the New York County Surro-
gate's Court confirming the transfer tax fixed against the
appellants for the interest which the deceased had in
the good will of the firm of Jacob S. Bernheimer &
Brother, of which deceased at the time of his death was
a member, and the appellants are the surviving members.

*A. Stern* for appellants.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for
respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.

---

In the Matter of the Accounting of ENOCH G. MEGRUE, as
Executor of JOSEPH R. MEGRUE, Deceased, Respondent.

MINNIE MEGRUE, Appellant.

(Submitted May 26, 1919; decided June 3, 1919.)

Motion for re-argument or to amend remittitur denied,
with ten dollars costs and necessary printing disburse-
ments. (See 224 N. Y. 284.)

---

IROQUOIS RUBBER COMPANY, Respondent, *v.* A. RAY
GRIFFIN, Defendant, and STANLEY MATHES, Appellant.

(Submitted May 26, 1919; decided June 3, 1919.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 226 N. Y.
297.)